AO 458 (Rev. 11/98) Appearance

# UNITED STATES DISTRICT COURT

**DISTRICT OF** CONNECTICUT

JOSE M. PEREZ

V.                                              **APPEARANCE**

UNITED STATES OF AMERICA          **DOCKET NUMBER**: 3:02-CV-00708 (AHN)

To The Clerk of this court and all parties of record:

     Enter my appearance as counsel in this case for the United States of America.

_June 16, 2005_                              /S/
DATED                                       SIGNATURE

PAUL A. MURPHY
ASSISTANT UNITED STATES ATTORNEY
PRINT NAME

ct26654
FEDERAL BAR NUMBER

c/o United States Attorney's Office
915 Lafayette Boulevard, Room 309
ADDRESS

Bridgeport, Connecticut          06604
CITY          STATE                ZIP CODE
203-696-3000
PHONE NUMBER

## CERTIFICATION OF SERVICE

This is to certify that a copy of the within and foregoing was mailed to the following this 16th day of June, 2005:

Jose M. Perez
Inmate Number 12913-054
Federal Correctional Institution
Ray Brook
Box 9003
Ray Brook, NY 12977

/S/_____
PAUL A. MURPHY
ASSISTANT UNITED STATES ATTORNEY